IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| ------------------------------------------------- : | |
| UNITED STATES OF AMERICA, : | CASE NO. 5:09 CR 013 |
|  :   | |
| Plaintiff  : | |
|  :  | |
| -vs- : | ORDER ADOPTING REPORT AND |
|  : | RECOMMENDATION |
| DARRELL R. TERRY : | |
|  : | |
| Defendant : | |
| ------------------------------------------------- : | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter was referred to United States Magistrate Judge Kenneth S. McHargh for a supervised release violation hearing for the purpose of returning a Report and Recommendation (R&R), pursuant to 28 U.S.C. § 636(b)(1)(B). Following a hearing in which Mr. Terry was represented by counsel, Magistrate Judge McHargh returned a recommendation that the defendant knowingly and voluntarily admitted the supervised release violation presented in the violations report. (Doc. 26).

Neither party objected to Magistrate Judge McHargh's R&R. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, this Court shall, hereby, adopt the Report and Recommendation finding Mr. Terry has violated the terms of his supervised release and impose a 45 day period of incarceration in the custody of the U.S. Marshal to be followed by 2 years of supervised release.  Along with the standard release conditions, supervision will also include Mr. Terry's participation in the Drug After Care Program and obtaining employment.

IT IS SO ORDERED.

      /s/Lesley Wells  
UNITED STATES DISTRICT JUDGE

Date: 14 October 2011